# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RACHEL WEEDMAN,<br><br>            Plaintiff,<br><br>v.<br><br>VITAMIN G INC, *et al.*,<br><br>           Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-1163-MLP |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    THE COURT HAS ORDERED THAT

This case is DISMISSED with prejudice.

    Dated October 30, 2025.

                                              Ravi Subramanian<br>
                                              Clerk of Court

                                              s/Tim Farrell<br>
                                              Deputy Clerk